

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-24-00754-CR

Sonya Elaine **HICKMON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2962
Honorable Stephanie R. Boyd, Judge Presiding

### ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

In accordance with the court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

It is so **ORDERED** on April 30, 2025.

_____
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court